IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-539-RLV-DCK

| | | |
|---|---|---|
| WILLIAM E. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLOTTE PIPE & FOUNDRY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Request For Extension Of Discovery" (Document No. 10) filed May 25, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and the applicable authority, the undersigned will <u>grant</u> the motion with modification.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Request For Extension Of Discovery" (Document No. 10) is **GRANTED** with modification. The new discovery deadlines are as follows:

    Discovery          June 30, 2010

    Mediation Deadline   July 28, 2010

    Motions Deadline    August 13, 2010

Signed: May 26, 2010

David C. Keesler
United States Magistrate Judge