# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William E. Brown,

    Plaintiff,	JUDGMENT IN A CIVIL CASE

vs.	3:09-cv-539-MOC-DCK

Charlotte Pipe & Foundry Company,

    Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 13, 2011 Order.

    Signed: June 13, 2011

Frank G. Johns, Clerk
United States District Court